[No. 24579-5-II.   Division Two.   July 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY S. FRENCH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00621-6, M. Karlynn Haberly, J., entered March 19, 1999. *Reversed* by unpublished opinion per Hunt, J., concurred in by Morgan, J.; Armstrong, C.J., dissenting.

[No. 24885-9-II.   Division Two.   July 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL C. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00061-7, James B. Sawyer II, J., entered June 24, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 24899-9-II.   Division Two.   July 27, 2001.]

*In the Matter of the Estate of* NICHOLAS A. STEIN.

· Appeal from a judgment of the Superior Court for Clark County, No. 88-4-00043-4, Robert L. Harris, J., entered June 30, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Houghton, JJ.

[No. 24979-1-II.   Division Two.   July 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JONNIE MARIE LIGHTFOOT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00359-4, John F. Nichols, J., entered August 17, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.